**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **ASHANTA DAVIS,** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3-09-CV-0860-N (BF) |
| | § | |
| **WORLD FINANCIAL NETWORK** | § | |
| **NATIONAL BANK,** | § | |
| Defendant. | § | |

## ORDER

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions and Recommendation of the United States Magistrate Judge, I am of the opinion that the findings and conclusions of the Magistrate Judge are correct and they are adopted as the findings and conclusions of the Court.

IT IS, THEREFORE, ORDERED that the findings, conclusions, and recommendation of the United States Magistrate Judge are adopted. Plaintiff is hereby granted leave to file an amended pleading correcting any pleading deficiencies within ten days of the date of this Order.

SIGNED November 20, 2009.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE